[No. 21411. Department Two. January 3, 1929.]

THE STATE OF WASHINGTON, *Appellant*, v. TYNE HARMA, *Respondent.*[1]

*Chas. W. Greenough* and *Louis F. Bunge*, for appellant.
*M. E. Mack*, for respondent.

PER CURIAM—This is a companion case to that of *State v. Johnson, ante* p. 456, 273 Pac. 532, and upon the authority of that case the judgment will be affirmed.

[No. 21412. Department Two. January 3, 1929.]

THE STATE OF WASHINGTON, *Appellant*, v. MARIE OJA, *Respondent.*[2]

*Chas. W. Greenough* and *Louis F. Bunge*, for appellant.
*Don F. Kizer*, for respondent.

PER CURIAM—This is a companion case to that of *State v. Johnson, ante* p. 456, 273 Pac. 532, and upon the authority of that case the judgment will be affirmed.

[1]Reported in 273 Pac. 533.
[2]Reported in 273 Pac. 533.